**Local Form 4A**                                                                                           **December 2017**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| In re: ) | Case No.   18-40131 |
| Frank Holland Stillwell, Sr. ) | |
| Sharon Roy Stillwell ) | |
| ) | Chapter 13 |
| ) | |
| TIN: XXX-XX-1736 ) | |
| TIN: XXX-XX-9196 ) | |
| Debtor(s) ) | |

**AMENDMENT TO CHAPTER 13 PLAN**
**AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN**
**FOR CASES FILED ON OR AFTER DECEMBER 1, 2017**

Check if applicable to this plan amendment:

| 1.1 | **A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2)** | ☐ Included | ☑Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4)** | ☐ Included | ☑Not Included |
| 1.3 | **Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5)** | ☐ Included | ☑Not Included |
| 1.4 | **Request for assumption of executory contracts and/or unexpired leases (Part 6)** | ☐ Included | ☑Not Included |
| 1.5 | **Nonstandard provisions** | ☑Included | ☐ Not Included |

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

**Amended to check correct box under 1.1 and 3.5.  Amended to include mileage and VINs.**

**3.5   Surrender of collateral.**
          *Check one.*

☐     **None**.  *If ''None'' is checked, the rest of Part 3.5 need not be completed or reproduced.*

      ***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this Plan is checked.***

☑     The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim.   The Debtor requests that, upon confirmation of this Plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects.  **(Notice to the Co-Debtor is required to terminate the § 1301 co-debtor stay.)**  Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 of this Plan below.

8.1.1     Insurance information for all secured claims (real property or motor vehicles):

| Collateral | Insurance Agent and Address | Vehicle Mileage | VIN |
|---|---|---|---|
| 2016 Indian Scout 60 | Allstate Insurance Co 5445 Murrell Road, 104 Viera, FL 32940 | 5000 | 56KMSB118G3109601 |
| 2017 Indian roadmaster | ``'''''''''''''''''' | 1500 | 56KTRAAA7H3344350 |
| 2017 Kia Sportage | National General Ins PO Box 3199 Winston-Salem, NC 27102 | 40,000 | KNDPM3AC3H7070706 |

*Insert additional insurance information as needed.*

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the Debtor's proposed Plan as amended, or if you want the Court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Statesville Division:**

Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**

Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later.  If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.  You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors.  The Debtor's attorney and the Chapter 13 Trustee will be served electronically.  If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing.  **No hearing will be held unless an objection to confirmation is filed.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in this Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated_____5/3/2018_____                    _____Frank Holland Stillwell, Sr._____
                                                                                  Debtor's Signature

Dated_____5/3/2018_____                    _____Sharon Roy Stillwell_____
                                                                                  Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated_____5/3/2018_____                    _____Robert H. Lutz_____
                                                                                  Attorney for the Debtor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list attached hereto in the foregoing matter with a copy of this Amended Chapter 13 Plan by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon.  Attorneys were served electronically.

This the __3rd___ day of _____May_____, 20_18_.

                                                                        ____Robert H. Lutz_____
                                                                        Robert H. Lutz
                                                                        Lutz Law Firm, PLLC
                                                                        310-8 East Graham Street
                                                                        Shelby, NC 28150
                                                                        N.C. State Bar No.  16375