**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| IN RE:<br>Frank Holland Stillwell Sr<br>Sharon Roy Stillwell<br>SSN# :  XXX-XX-1736<br>SSN# :  XXX-XX-9196 | Case No.  18-40131<br><br>Chapter 13<br><br>Related Docket #:  16 |

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM**

The Trustee hereby withdraws the objection to claim number(s) 8 as filed on 6/12/2018 (Clerk Document 16) without prejudice.

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 9 | 8 | CRG as agent for | 9987 | $20,813.14 | $20,813.14 | C-Car (910) |

Creditor has provided sufficient documentation.

Dated:  7/10/2018

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 7/11/2018.

A. Owens
Office of the Chapter 13 Trustee

CRG as agent for, Performance Finance  BIN 920079, PO Box 29425, Phoenix, AZ  85038-9425
Frank Holland Stillwell Sr, Sharon Roy Stillwell, 6118 Bailey Baxter Rd, Cherryville, NC  28021-9113
Performance Finance, c/o Capital Recovery Group, PO Box 64090, Tucson, AZ  85728-4090

Total Served: 3